■ SCHEICHET & DAVIS, P. C., Formerly SCHEICHET & ELVIN, P. C., Respondent-Appellant, v IRA J. SUKOFF et al., Appellants-Respondents.—Order, Supreme Court, New York County (Beverly S. Cohen, J.), entered on or about August 12, 1991, unanimously affirmed for the reasons stated by Cohen, J., without costs and without disbursements. No opinion. Concur —Sullivan, J. P., Carro, Wallach, Kassal and Rubin, JJ.